IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 24-12034 |
| **Sheree Pinckney** | : Chapter 13 |
| | : Judge Derek J. Baker |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Disney Vacation Development, Inc.** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : November 20, 2025 at 11:00 a.m. |
| | : |
| **Sheree Pinckney** | : U.S. Bankruptcy Court |
| **Mallory J. Pinckney** | : 900 Market Street, Suite 400 |
| **Kenneth E. West** | : Philadelphia, PA, 19107 |
| Respondents. | : |

### MOTION OF DISNEY VACATION DEVELOPMENT, INC. FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO MALLORY J. PINCKNEY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 0.6139% INTEREST IN UNIT 113D, DISNEY'S ANIMAL KINGDOM VILLAS, FL

Disney Vacation Development, Inc. ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay and pursuant to 11 U.S.C § 1301 granting relief from the codebtor stay as to Mallory J. Pinckney on the real property located at 0.6139% interest in Unit 113D, Disney's Animal Kingdom Villas, FL  ("Property"). In support of its motion, Creditor states the following:

1. Sheree Pinckney ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 14, 2024 (the "Petition Date").

2. On September 29, 2014, Debtor and Codebtor executed a Note and Truth-In-Lending Disclosure Statement in the original amount of $13,343.34 (the "Note").  A copy of the Note is attached hereto as Exhibit A.

3. The Debtor's Plan does not provide for treatment of Movant's claim.

25-024512_SJW

4. To secure the Note, the Debtor and Co-Debtor are subject to the terms of the Short Form Mortgage Agreement and any documents attached hereto (the "Agreements"). Applicable pages are attached as Exhibit B.

5. Debtor and Co-Debtor have failed to pay the dues and assessments due to Movant under the terms of the Agreements. A copy of the Lien is attached as Exhibit C.

6. As of October 23, 2025, Debtor and Co-Debtor owe Movant $927.19 on the Purchase Agreement and Short Form Mortgage Agreement. Movant seeks to exercise its rights under applicable state law as permitted by the Agreements including but not limited to recording a lien against the property and proceeding as otherwise permitted.

7. Movant believes the Property to have a value of $11,000.00 based upon the fair market value.

8. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

    a. The Movant is not being adequately protected because the Debtor has and Co-Debtor have failed to maintain the obligations to Movant required under the terms of the Agreements by failing to maintain payment of dues and assessments since the filing of this case. Relief from stay is necessary so that Movant may create a lien on the Property, as permitted by the Agreement.

    b. The Property is a timeshare and is not necessary to Debtor's successful reorganization.

9. Movant requests that the Court order that Rule 4001(a)(4) is not applicable.

WHEREFORE, the Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay grant the following:

25-024512_SJW

1. Relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and the codebtor stay pursuant to 11 U.S.C. § 1301 allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(4) be waived.

3. For such other relief as the Court deems proper.

Respectfully submitted,

/s/ Adam B. Hall
_____
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-024512_SJW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| **Sheree Pinckney** | Case No.: 24-12034 |
| | Chapter 13 |
| | Judge Derek J. Baker |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| **Disney Vacation Development, Inc.** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | November 20, 2025 at 11:00 a.m. |
| | |
| **Sheree Pinckney** | U.S. Bankruptcy Court |
| **Mallory J. Pinckney** | 900 Market Street, Suite 400 |
| **Kenneth E. West** | Philadelphia, PA, 19107 |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of Disney Vacation Development, Inc. for Relief from the Automatic Stay and Codebtor Relief as to Mallory J. Pinckney on First Mortgage for Real Property located at 0.6139% interest in Unit 113D, Disney's Animal Kingdom Villas, FL was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Sheree Pinckney, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sheree Pinckney, 7806 Haines Road, Cheltenham, PA  19012

Mallory J. Pinckney, 7806 Haines Rd, Cheltenham, PA  19012-1008

                                                      /s/ Adam B. Hall

25-024512_SJW